IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GALVESTON BAYKEEPER**, a Texas not for profit corporation, | Case No. 4:12-cv-03516 |
| Plaintiff, | |
| vs. | **PLAINTIFF GALVESTON BAYKEEPER'S CORPORATE DISCLOSURE STATEMENT** |
| **D.B. WESTERN, INC. – TEXAS,** an Oregon Corporation; **DENNIS BEETHAM,** an individual; **STEVE BEETHAM,** an individual; **AND MICHAEL BOCKSNICK,** an individual, | |
| Defendants. | |

In accordance with Fed. R. Civ. Pro. 7.1, Plaintiff Galveston Baykeeper discloses as follows: Plaintiff Galveston Baykeeper is a non-profit corporation. Galveston Baykeeper has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

Dated this 22nd day of February, 2013.

Respectfully submitted,

/s/ R. Scott Jerger
R. Scott Jerger
Oregon State Bar No. 023377; Texas State Bar No.: 24002350 (*admitted pro hac vice*)
Email: scott@fieldjerger.com
Field Jerger LLP
621 SW Morrison, Ste. 1225
Portland, OR 97205

        Tel: (503) 228 – 9115
        Fax: (503) 225 – 0276

        David Frederick
        Lowerre, Frederick, Perales, Allmon & Rockwell
        Texas Bar # 07412300
        707 Rio Grande, Ste. 200
        Austin, Texas 78701
        Tel: (512) 469-6000
        Fax: (512) 482-9346

        Attorneys for Galveston Baykeeper

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and to the following parties via email:

Fred Wahrlich
Mary Koks
Munsch Hardt Kopf & Harr, P.C.
700 Louisiana, Suite 4600
Houston, Texas 77002-2732
Direct: 713.222.1469
Facsimile: 713.222.5869
Email: fwahrlich@munsch.com
mkoks@munsch.com
Attorneys for DB Western, Inc.-Texas

Joel Androphy
Berg & Androphy
3704 Travis Street
Houston, Texas 77002
jandrophy@bafirm.com
Attorneys for Steve Beetham

David M. Bates
Gardere
1000 Louisiana, Suite 3400
Houston, Texas 77002
dbates@gardere.com
Attorneys for Michael Bocksnick

Janet Hoffman & Associates, LLC
1000 SW Broadway, Suite 1500
Portland, Oregon 97205
janet@jhoffman.com
Attorney for Dennis Beetham

/s/ R. Scott Jerger

R. Scott Jerger Oregon State Bar No. 023377; Texas Bar No.: 24002350 (*admitted pro hac vice*)
Email: scott@fieldjerger.com
621 SW Morrison, Ste. 1225
Portland, OR 97205
Tel: (503) 228 – 9115
Fax: (503) 225 – 0276